DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY HARRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2292

[October 15, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 17-13965CF10A.

Jeffrey Harrell, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***